UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Anita Kaenel

                    Plaintiff,

v.                                                       Case No.: 1:22–cv–02292
                                                                                          Honorable Sara L. Ellis

LVNV Funding, LLC, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 23, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation of dismissal [26], this action is dismissed with prejudice and with each party to bear its own costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.